## No. 5.

### HARRIS *qui tam against* BULLOCK. *Windham,* 1819.

COUNTY Court has jurisdiction of action of *debt*, on *the Statute of usury*, over seven dollars.

THIS was an action of debt, brought to the County Court, by the plaintiff, as a common informer, to recover the sum of thirty-seven dollars and fifty cents, forfeited, by the defendant, in consequence of an offence against the Statute of usury.

*Plea*—To the jurisdiction of the County Court.

For defendant, *J. Phelps* contended—That the Statute of 1811, fully empowers Justices of the Peace, to try all cases of a *civil* nature, (except slander, &c. where the debt, &c. does not exceed fifty-three dollars; the County Court have not *concurrent* jurisdiction, and this case is a *civil* action. 3 Black. Com. 161.

But, if the action should be considered of a criminal nature, in which the State is a party, the *Supreme Court* has exclusive jurisdiction.

*Contra.   J. Elliot* contended—That this is not a *civil* action, within the meaning of the "Act empowering Justices of the Peace to hear, try, and determine all pleas and actions of a civil nature, (with certain exceptions) where the debt or other matter, in demand, does not exceed the sum of fifty-three dollars;" but, that it is an action of a criminal nature, an action for an offence against a penal Statute, a suit for a crime or misdemeanor, and described as such, in an Act entitled "An Act for the limitations of sust on penal Statutes, criminal prosecutions, and actions at law;" and, that the County Court have cognizance of all criminal matters, of every name or nature, except such as are made cognizable *only* in the Supreme Court, or before Justices of the Peace; and, that this is not an action wherein the State is a party, because the State cannot become non-suit in the action.

By the Court.   The Act defining the powers of Jutices of the Peace, limits their jurisdiction to the sum of seven dollars, in all cases where a penalty or forfeiture is incurred, by any act of a *criminal* nature, or which is denominated, by the law, an *offence*.   Usury, by the Statute, relating to interest, is *expressly* called an *offence*.   The County Court have jurisdiction in qui tam prosecutions for this offence, where the penalty forfeited is above the sum of seven dollars.

*Judgment*—Writ do not abate, and defendant answer over.